Kevin Mahoney (SBN: 235367)
kmahoney@mahoney-law.net
Katherine J. Odenbreit (SBN 184619)
kodenbreit@mahoney-law.net
**MAHONEY LAW GROUP, APC**
249 E. Ocean Blvd., Ste. 814
Long Beach, CA 90802
Telephone: (562) 590-5550
Facsimile: (562) 590-8400

Attorneys for Plaintiff MARTIN CONTRERAS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CONTRERAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SERVICE WEST, INC.; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: 8:24-cv-00662-DOC-DFM<br><br>**NOTICE OF SETTLEMENT OF ACTION**<br><br>Assigned for all purposes to:<br>Hon. David O. Carter, Courtroom 10A<br><br>Complaint Filed:　January 1, 2024<br>Trial Date:　　　　None Yet Set |

NOTICE OF SETTLEMENT

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

On May 13, 2024, the Parties appeared before the Court for the Scheduling Conference and subsequently engaged in settlement discussions at the Courthouse. This is to apprise the Court that the Parties have reached a settlement of the action. Plaintiff provided Defendant with a draft Settlement Agreement, and over the coming week the Parties anticipate finalizing the written terms of the Settlement. Under the Settlement Agreement, Plaintiff will file a Request for Dismissal of the entire action with prejudice once payment is received and clears. The Parties anticipate this could be in approximately 45 days.

Dated: May 14, 2024                                    **MAHONEY LAW GROUP, APC**

By: _____
Kevin Mahoney, Esq.
Katherine J. Odenbreit, Esq.
Attorneys for Plaintiff MARTIN CONTRERAS